Evan S. Rothfarb
SCHLANGER LAW GROUP, LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 500-6114
Facsimile: (646) 612-7996
Email: erothfarb@consumerprotection.net

Craig B. Friedberg, NSB #004606
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968
Email: attcbf@cox.net

*Attorneys for Plaintiff*

**UNITED STATES OF AMERICA**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIJANA TRIFKOVIC,<br><br>*Plaintiff*,<br><br>v.<br><br>CLARK COUNTY CREDIT UNION,<br><br>*Defendant*. | Case Number: 2:24-cv-02406-JCM-EJY<br><br>**Stipulation and Order to Extend Discovery [First Request]** |

**I.     Summary of Discovery Completed**

This case was filed on December 24, 2024.[1]

The Order Granting the Stipulated Discovery Plan and Scheduling Order was filed on April 7, 2025.[2]

---

[1] ECF 1.
[2] ECF 18.

1

Both parties have exchanged their initial disclosures, Plaintiff on March 31, 2025, and Defendant on April 17, 2024.

On March 31, 2025, Plaintiff served her First Request for Production and First Set of Interrogatories.

On April 17, 2025, Plaintiff issued deposition notices pursuant to Fed. Civ. P. 30(b)(1) and 30(b)(6), with the first deposition scheduled to commence on May 19, 2025. Plaintiff also issued a third-party subpoena directed to the Better Business Bureau.

On April 25, 2024, the Court granted the parties' Stipulation and Confidentiality Order, which had been submitted to the Court the previous day.[3]

On May 5, 2025, following a brief extension, Defendant served responses and objections to Plaintiff's demands.

On May 7, 2025, Plaintiff requested to meet and confer with Defendant regarding its responses.

On May 14, 2025, Defendant served Requests for Admissions, Requests for Production and Interrogatories on the Plaintiff. That same day, Defendant objected to certain aspects of the Plaintiff's deposition notices.

On May 15, 2025, Plaintiff served a follow-up letter to Defendant regarding asserted deficiencies in Defendant's discovery responses, and adjourned the previously noticed deposition dates until the pending discovery disputes were resolved.

---

[3] ECF 20.

On May 19, 2025, the parties held a Meet and Confer regarding various discovery disputes, which have yet to be resolved. However, at the Meet and Confer, Defendant indicated it would provide a document production to Plaintiff on or before May 26, 2025.

## II.  Discovery Remaining

Disputes have arisen regarding Plaintiff's First Request for Production, First Set of Interrogatories and Plaintiff's deposition notices, which have yet to be resolved. Plaintiff's responses to Defendant's first set of written discovery.

## III.  Why the Remaining Discovery Could not be Completed

The current discovery deadlines cannot be met because there are pending discovery disputes as well as the inherent delays with accessing responsive records and documents from banking institutions. If the disputes cannot be resolved via agreement of the parties, their resolution will require motion practice.

## IV.  Proposed Schedule for Completing All Remaining Discovery

| Scheduling Item | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Expert Disclosure | 6/12/2025 | 9/12/2025 |
| Rebuttal Expert Disclosure | 7/14/2025 | 10/14/2025 |
| All Discovery | 8/11/2025 | 11/11/2025 |
| Dispositive Motions | 9/10/2025 | 12/10/2025 |
| Pretrial Order | 10/10/2025 | 1/19/2026 |

IT IS SO STIPULATED:

Dated: May 23, 2025                                         Dated: May 23, 2025

/s/Evan S. Rothfarb                                         /s/ Sean P. Flynn
Evan S. Rothfarb                                            Sean P. Flynn
Schlanger Law Group, LLP                                    Gordon, Rees, Scully Mansukani

3

| | |
|---|---|
| 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>T: 212-500-6114<br>E: erothfarb@consumerprotection.net | 1 Liberty Street, Suite 424<br>Reno, NV 89501<br>T: 775-467-2610<br>E: sflynn@grsm.com |

*Attorneys for Defendant*

Craig B. Friedberg, NSB #004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968
Email: attcbf@cox.net

*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: May 23, 2025

_____
Hon. Elayna J. Youchah
United States Magistrate Judge